# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

CASE and/or DOCKET No.: 17-00066

Sheriff's Sale Date: _____

V.

ANNA DAWSON; et al.
Defendant (Respondent)

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ANNA DAWSON the above process on the 22 day of February, 2017, at 8:15 o'clock, PM, at 82 HANNAH CT. ROYERSFORD, PA 19468, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

[☑] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: MARCUS BACON
Relationship/Title/Position: SPOUSE
Remarks: _____
Description: Approximate Age 41-45  Height 5'10  Weight 225  Race WHITE  Sex MALE  Hair BROWN
Military Status: [☑] No  [ ] Yes  Branch: _____

Commonwealth/State of __Pa_____  )
                                        ) SS:
County of __Berks_____             )

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this 24 day of __Feb__, 20 17.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-165387
Case ID #: 4817706