UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT COURT OF PENNSYVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.

ANNA DAWSON

    Defendant

## ANSWER OF DEFENDANT

1. Admitted
2. Admitted
3. Admitted
4. Admitted
5. Admitted
6. Admitted
7. Admitted
8. Denied (a) there was no refusal, offers to repay were denied by officers. (b) taxes were not paid. (c) proof of insurance was provided consecutively each year on or around the month of July.
9. Neither admitted or denied.
10. Denied. Included in the amounts are charges for insurance which proof was provided.
11. Admitted
12. Neither admitted or denied.

x _Anna Bacon (Dawson)_

Anna Bacon(Dawson)
82 Hannah Ct.
Royersford, PA 19468
484-687-7889
amdawson2012@gmail.com