**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br><br>v.<br><br>ANNA DAWSON<br>            Defendant | Civil Action No: 17-00066 |

**SUGGESTION OF BANKRUPTCY**

TO THE CLERK OF THE COURT:

Please take note that Defendant ANNA DAWSON filed a Chapter 7 Bankruptcy on March 08, 2017 in the United States Bankruptcy Court for the Eastern District of Pennsylvania at Case Number 17-11639. Accordingly, the above captioned matter should be deferred until the conclusion of the bankruptcy proceedings.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Thomas I. Puleo, Esquire
Pennsylvania Attorney I.D. No. 27615
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6309