Timothy E. Wilfong, Esquire
Law Office of Timothy E Wilfong, LLC
Attorney I.D. #208737
20 S. Main Street
Phoenixville, PA 19460
Telephone (610) 935-5555

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT |
| Plaintiff | | |
| | : | FOR THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | CIVEL NO. 17-00066 |
| v. | : | |
| ANNA DAWSON | : | |
| | : | |
| Defendant | : | |

---

## SUGGESTION OF BANKRUPTCY OF DEFENDANT

TO THE CLERK:

Kindly enter of record that Defendant(s), **ANNA BACON, A/K/A ANNA DAWSON** have filed for Bankruptcy protection on **03/08/2017** in the United States Court for the Eastern District of Pennsylvania Bankruptcy Division, at No.: **17-11639** Therefore, this matter should be STAYED until further notice. A copy of the Notice of Bankruptcy Case Filing is attached hereto.

Date: 03/08/2017     BY: _____
                           Timothy E. Wilfong, Esquire
                           Attorney I.D. #208737

United States Bankruptcy Court
Eastern District of Pennsylvania

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 03/08/2017 at 8:04 PM and filed on 03/08/2017.

**Anna M Bacon**
82 Hannah Court
Royersford, PA 19468
SSN / ITIN: xxx-xx-6113



The case was filed by the debtor's attorney:

**TIMOTHY WILFONG**
Law Office of Timothy E Wilfong LLC
20 South Main Street
Phoenixville, PA 19460
610 247 1249

The case was assigned case number 17-11639-jkf to Judge Jean K. FitzSimon.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.paeb.uscourts.gov or at the Clerk's Office, 900 Market Street, Suite 400, Philadelphia, PA 19107.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Timothy B McGrath**
**Clerk, U.S. Bankruptcy Court**

Timothy E. Wilfong, Esquire
Law Office of Timothy E Wilfong, LLC
Attorney I.D. #208737
20 S. Main Street
Phoenixville, PA 19460
Telephone (610) 935-5555

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNITED STATES DISTRICT COURT |
| Plaintiff | | |
| | : | FOR THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | CIVEL NO. 17-00066 |
| v. | | |
| | : | |
| ANNA DAWSON | | |
| | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

This is to certify that in this case a copy of the Suggestion of Bankruptcy has been served upon the following persons, by the following means, **USPS FIRST CLASS MAIL** and on the date(s) stated:

Thomas I. Puleo, Esq.
BNY Independence Center
701 Market Street
Suite 5000
Philadelphia, PA 19106-1532

Date: **03/08/2017**

_____
Timothy E. Wilfong, Esquire
Attorney I.D. #208737