IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 17-66** |
| v. | : | |
| | : | |
| **ANNA DAWSON,** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 21st day of March 2017, upon consideration of the *Suggestion of Bankruptcy* filed by the United States, [ECF 4], and the *Suggestion of Bankruptcy* filed by Defendant Anna Dawson, [ECF 5], both of which represent that on March 8, 2017, Defendant Anna Dawson filed in the United States Bankruptcy Court for the Eastern District of Pennsylvania a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code, [ECF 4, 5], it is hereby **ORDERED** that this matter is **STAYED** pursuant to the automatic bankruptcy stay provision of 11 U.S.C. § 362. The Clerk of Court is directed to place this action in civil suspense until further Order of this Court.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*