# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                Plaintiff<br><br>vs.<br><br>ANNA DAWSON<br><br>                Defendant | CIVIL NO. 17-00066 |

## ORDER TO RE-OPEN AND LIFT STAY

AND NOW, this     day of    , 2017, upon consideration of Plaintiff's Motion to Re-open and Lift Stay, it is hereby

**ORDERED,** that the motion to Re-open and Lift the stay is granted. .

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*

**Nitza I. Quiñones-Alejandro**     J.